UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUANEECHA JOHNSON, ET AL. | * | CIVIL ACTION |
| | * | |
| Plaintiffs | * | NO. 19-13949 |
| | * | |
| VERSUS | * | |
| | * | SECTION F (2) |
| | * | |
| MARLIN N. GUSMAN, | * | |
| ET, AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CROSSCLAIM AGAINST MARLIN N. GUSMAN

**NOW INTO COURT**, through undersigned counsel, comes Wellpath, LLC ("Wellpath"), formerly Correct Care Solutions, LLC, files this crossclaim, and avers as follows:

1.

The Plaintiffs have filed a Complaint in this matter seeking damages for injuries sustained as a result of the decedent, Edward Patterson, allegedly ingesting illegal drugs while housed in the Orleans Justice Center ("OJC"). (See R. Doc. 1, ¶ 1).

2.

Wellpath has been named as a defendant by the Plaintiffs in this case.

3.

Wellpath denies any and all liability in this case.

4.

Alternatively, while denying any and all liability, Wellpath hereby asserts a crossclaim for indemnity against crossclaim defendant, Marlin N. Gusman, in his individual capacity and in his official capacity as Sheriff of the Parish of Orleans ("Sheriff Gusman" or "OPSO"), in the event

the allegations contained in the Plaintiff's Complaint against Sheriff Gusman are proven at the time of trial.

5.

Wellpath adopts and incorporates by reference pursuant to Fed. R. Civ. P. Rule 10(c) all allegations against crossclaim defendant Sheriff Gusman as asserted in the Plaintiff's Original Complaint (R. Doc. 1), and the Plaintiff's proposed First Supplemental and Amending Complaint (R. Doc. 30-2), insofar as they assert the fault, negligence, and other basis of liability against crossclaim defendant Sheriff Gusman.

6.

In their Complaint and proposed First Supplemental and Amending Complaint, the Plaintiffs allege that the injuries sustained by the decedent were caused by, *inter alia*, the actions and/or inactions of Sheriff Gusman and OPSO deputies. (See e.g., R. Docs. 1, 30-2 at ¶¶ 15-18, 20, 23, 26, 30-33, 38-39, 49-53, 56-57, 59-61).

7.

Should the Plaintiffs prove their allegations against Sheriff Gusman throughout the course of discovery or ultimately at trial, Wellpath is entitled to indemnity from Sheriff Gusman for his alleged actions and/or inactions that allegedly caused injury to the decedent.

WHEREFORE, defendant and crossclaimant, Wellpath, LLC, prays that this crossclaim be duly cited and served, and that after due proceedings are had that there be judgment herein in favor of the Defendants and against the Plaintiffs, dismissing Plaintiffs' claims, with prejudice and at their costs, and in the alternative, Wellpath prays that should it be found at fault and liable to the Plaintiffs, which is denied, there be further judgment over and against cross-claim defendant Marlin N. Gusman, as an individual and as Sheriff of the Parish of Orleans, for indemnity for all

costs of these proceedings, and for all other equitable and legal relief as the nature of the case may permit and as the law may allow.

>Respectfully Submitted,
>
>**FRILOT L.L.C.**
>
>*/s/ D. Burke Stough*
>**CARL E. HELLMERS, III (#25705)**
>**D. BURKE STOUGH  (#36688)**
>1100 Poydras Street, Suite 3700
>New Orleans, Louisiana 70163
>Phone:  (504) 599-8035
>Facsimile:  (504) 599-8156
>**Counsel for Defendant, Wellpath, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2020, I have filed a copy of the foregoing pleading with the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>*/s/ D. Burke Stough*