## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **QUANEECHA JOHNSON, on behalf of her minor child, N.P., ET AL** | * * * | **NO. 19-13949** |
| | * | **SECTION "F"** |
| **VERSUS** | * * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| **MARLIN N. GUSMAN, ET AL.** | * * * | **MAGISTRATE (1) JUDGE JANIS VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FULL AND COMPLETE DISCOVERY RESPONSES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Marlin N. Gusman, Sheriff of the Parish of Orleans (hereinafter referred to as "Sheriff Gusman" or "OPSO"), who respectfully submits this Opposition to Plaintiffs' Motion to Compel Full and Complete Discovery Responses (R. Doc. 51) (hereinafter referred to as the "Motion to Compel").

Defendant respectfully represents to this Honorable Court that it is in the process of gathering the extensive documentation and responses to Plaintiffs' discovery requests and intends to provide those responses on or before this Court's December 8, 2021 submission date. Unfortunately, due to the voluminous nature of Plaintiffs' Interrogatories and Requests for Production of Documents, and a variety of issues that have affected the ability to timely respond, the process for providing documentation and responses has taken longer than anticipated. Undersigned counsel has stayed in contact with counsel for Plaintiffs regarding these delays and has continued to inform him that the responses are forthcoming, albeit delayed. As a show of good faith, on November 3, 2021, undersigned counsel sent counsel for Plaintiffs a link containing some, but not all, of the responsive documents while the remainder of the documents were being

gathered.[1] Defendant was unaware that Plaintiffs could not access the link enclosing the documents until Plaintiffs filed their Motion to Compel on November 18, 2021. Nevertheless, again, Defendant intends on providing responses to Plaintiffs' discovery requests by the December 8, 2021 submission date.

In their Motion to Compel, Plaintiffs requested that this Court issue an order striking Defendant's pleadings such that judgment be entered as to liability in Plaintiffs' favor and the case proceed to trial on the issues of damages.[2] This request, however, seeks a drastic remedy that is completely inappropriate in light of the facts and circumstances surrounding this matter. First and foremost, while Defendant acknowledges there has been a delay in responding to the discovery requests, this delay has not prejudiced Plaintiffs in the prosecution of their case. Plaintiffs have failed to take any depositions to date, and have done nothing to prosecute their claims against Defendant Gusman and defendant Wellpath, LLC besides the initial discovery requests.[3]

Furthermore, pursuant to Fed. R. Civ. P. 37(b)(2)(A), a sanction such as the one requested by Plaintiffs is only appropriate after a party's failure to obey an order of the Court regarding discovery. There has been no such order issued by this Court. Thus, Plaintiffs' request for sanctions, in addition to being inappropriate at this juncture, is also premature.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Honorable Court deny Plaintiffs' Motion to Compel. Defendant will supplement its Opposition with the Court indicating that the discovery responses have been provided to Plaintiffs on or before the December 8, 2021

---

[1] *See* November 3, 2021 e-mail, attached hereto as Exhibit 1.
[2] *See* R. Doc. 55-1, page 4.
[3] Defendants, on the other hand, have noticed and deposed the Plaintiffs several months ago.

submission date as intended. Thereafter, all relief sought by Plaintiff will be moot and require no further action by this Honorable Court.

                                                Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP**

*/s/ Patrick R. Follette*_____
JAMES M. WILLIAMS, La. Bar No. 26141
INEMESIT U. O'BOYLE, La. Bar No. 30007
PATRICK R. FOLLETTE, La. Bar No. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
jmw@chehardy.com; iuo@chehardy.com;
prf@chehardy.com

and

**ORLEANS PARISH SHERIFF'S OFFICE**
Blake J. Arcuri (LSBN 32322)
Laura C. Rodrigue (LSBN 30428)
Freeman R. Matthews (LSBN 9050)
2800 Perdido St.
New Orleans, LA 70119
Telephone: 504.493.2107; Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us

*Counsel for Sheriff Gusman*

## CERTIFICATE OF SERVICE

     I do hereby certify that on this 30th day of November, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

                                                */s/Patrick R. Follette*_____