MINUTE ENTRY
VAN MEERVELD
March 31, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUANEECHA JOHNSON, ET AL.,<br>*Plaintiffs* | * <br> * <br> * | CIVIL ACTION<br>NO.   19-13949 |
| VERSUS | * <br> * | SECTION:   "D" (1) |
| MARLIN N. GUSMAN, ET AL.,<br>*Defendants* | * <br> * <br> * <br> * | JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held via video conference on Thursday, March 31, 2022.

PRESENT FOR:

  *Plaintiffs:*   Wesley Blanchard, Eric Santana, Alicia Patterson, Waynekka Randle, Jasmene Ruffin,

  *Defendants:*
  - Gusman:    Patrick Follette, Blake Arcuri
  - Wellpath:  Carl "Chip" Hellmers, Julie Kos, Lauren Erb

Negotiations were successful and resulted in the settlement of all claims. The material terms of the confidential settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the Court. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 02:50